UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| DAVID HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, et al.,<br><br>    Defendants. | No. 6:24-CV-046-H |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which dismisses the case without prejudice. Dkt. No. 21. The Court instructs the Clerk of Court to dismiss this action without prejudice under Rule 41(a)(1)(A)(ii). The parties shall each bear their own costs and attorneys' fees.

So ordered on September 16, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE